# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRICK BANGS KELLOGG,<br><br>                    Plaintiff,<br><br>  v.<br><br>JULIE WILSON, *et al.*,<br><br>                    Defendant. | Case No. 19-cv-1121-BAS-JLB<br><br>**ORDER DISMISSING CASE** |

     Plaintiff Kendrick Bangs Kellogg is a litigant familiar to this Court. In June of this year, the Court issued an order detailing all of Plaintiff's prior cases. (18-cv1758-BAS-JLB, ECF No. 29.) Plaintiff's five prior cases had all been dismissed. The Court analyzed Plaintiff's most recent complaint and determined "the pleading is substantively identical to the numerous prior complaints rejected by the Court." (*Id.* at 5.) "The Court has repeatedly warned Kellogg that he cannot evade this Court's dismissal orders by simply filing a new lawsuit that raises the same allegations. Nevertheless, Kellogg has again violated the Court's orders by filing yet another action that seeks the same relief." (*Id.*) Because Plaintiff had violated the Court's orders, the Court dismissed the case with prejudice. (*Id.*)

     Yet again, despite this warning, Plaintiff filed another suit. In fact, the

complaint in the present case is <u>identical</u> to the one in Plaintiff's prior case. (*Compare* ECF No. 1 *to* 18-cv1758-BAS-JLB, ECF No. 1.) Again, Plaintiff has violated the Court's orders stating that Plaintiff may not simply file "a new lawsuit that raises the same allegations" as he did in his prior, dismissed cases. For the same reasons as detailed in the Court's prior order, (18-cv1758-BAS-JLB, ECF No. 29), the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint.

<u>Plaintiff is warned that should he again violate the Court's orders and file a new lawsuit that raises the same allegations as he did in his prior, dismisses cases, the Court may declare Plaintiff to be a vexatious litigant.</u>

The Clerk is instructed to close the case. The Clerk is also to provide Plaintiff with a copy of the Court's prior order, 18-cv1758-BAS-JLB, ECF No. 29, to remind Plaintiff of the Court's rulings.

**IT IS SO ORDERED.**

DATED: October 24, 2019

Hon. Cynthia Bashant
United States District Judge