

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kendrick Bangs Kellogg | Civil Action No. 19-cv-01121-BAS-JLB |
| Plaintiff, | |
| V. | |
| See attachment | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES WITH PREJUDICE Plaintiff's Complaint. Case is closed.

Date:  10/24/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy